ISAAC GINSBERG, Respondent, v. CHARLES H. BERMAN, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

GEORGE T. JOCKERS, Appellant, v. JOHN J. MONTGOMERY and Another, Respondents.— Judgment affirmed, with costs. Van Kirk, Acting P. J., Hinman, McCann and Whitmyer, JJ., concur; Davis, J., dissents.

HOMER LIDDINGTON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARY ARTMEYER, Appellant, against FORD S. MASON and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, on the authority of *Grathwohl* v. *Nassau Point Club Properties, Inc.* (216 App. Div. 107; affd., 243 N. Y. 567). Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of LEWIS A. PROPER, Respondent, against COBLESKILL AGRICULTURAL SOCIETY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Finkell* v. *Cobleskill Agricultural Society* (*ante*, p. 429), decided herewith. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of CHRISTOPHER DUFF, Respondent, against ISIDORE STOFFENBERG, Appellant. STATE INDUSTRIAL BOARD, Respondent — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MATTIE SCOTT, Respondent, against SCOTT BROS. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, except as to the award to the surviving wife, Mattie Scott, which is reversed and remitted to the State Industrial Board to have her compensation limited to two years in a lump sum. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of KATIE DALLAFFO, Respondent, against ALEXANDER SMITH & SONS CARPET COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Awards reversed and claims remitted to the State Industrial Board, on the ground that failure to give written notice of death as required by the statute * is not properly excused; and further, the wage rate for the disability award should be $22.23. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of MARION McCRON, Respondent, against M. J. HOWELL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.